Affirmed and Memorandum Opinion filed February 12, 2004









Affirmed and Memorandum Opinion filed February 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00573-CR

____________

 

LEONARD RUSSELL HADLEY,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District
Court

Harris County, Texas

Trial Court Cause No. 903,693

 



 

M E M O R A N D U M   O
P I N I O N

After a jury trial, appellant was convicted of murder, and
the trial court sentenced appellant to confinement for life in the
Institutional Division of the Texas Department of Criminal Justice and a
$10,000 fine.  Appellant filed a written
notice of appeal.  








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a
professional evaluation of the record demonstrating why there are no arguable
grounds to be advanced.  See High v.
State, 573 S.W.2d 807 (Tex. Crim.
App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record, and appellant filed a pro se response on
January 13, 2004.

We agree the appeal is wholly frivolous and without
merit.  Further, we find no reversible
error in the record.  A discussion of the
brief would add nothing to the jurisprudence of the State.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 12, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R.
App. P. 47.2(b).